**Willis Clay HENRY, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 23, 1959.

Lewis A. White, Mt. Sterling, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Willis Clay Henry was convicted of possessing alcoholic beverages for the purpose of sale in local option territory. His punishment was fixed at a fine of $100 and sixty days' confinement in jail. A prior conviction has been reversed. Henry v. Commonwealth, Ky., 316 S.W.2d 864.

The record has been examined and considered. There is no prejudicial error.

The motion for an appeal is overruled and the judgment stands affirmed.